

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2021

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to file Brief is hereby GRANTED. Appellee's Brief is due April 5, 2021.

It is so **ORDERED** on March 4, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court